IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLARA C. GAITHER                                                                      PLAINTIFF

v.                              NO. 4:23-cv-00777-PSH

MARTIN O'MALLEY, Acting Commissioner                                    DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for defendant Martin O'Malley.

IT IS SO ORDERED this 21st day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE