IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLARA C. GAITHER                                                               PLAINTIFF

v.                              No. 4:23-cv-777-DPM-PSH

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                        DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 35*, and overrules Gaither's objections, *Doc. 36*. Fed R. Civ. P. 72(b)(3).  Substantial evidence supports the ALJ's decision; and the Court sees no error of law.  *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019).  Gaither's complaint will therefore be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2024