IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLARA C. GAITHER                                                      PLAINTIFF

v.                          No. 4:23-cv-777-DPM-PSH

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                DEFENDANT

JUDGMENT

Gaither's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2024