IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLARA C. GAITHER                                                    PLAINTIFF

v.                              No. 4:23-cv-777-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                            DEFENDANT

## ORDER

The motion to quash, *Doc. 42*, is denied without prejudice for lack of jurisdiction. The telephone call is at the core of Gaither's dispute with the Social Security Administration. As the Commissioner helpfully notes, Gaither's notice of appeal divested this Court of jurisdiction over aspects of the case on appeal. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). That divestiture covers the call, whether it was recorded, and Gaither's belated subpoena.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 January 2025